■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON BARGER, Appellant. [767 NYS2d 318] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Dadd, J.— Attempted Promoting Prison Contraband, 1st Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BURKE, Appellant. [767 NYS2d 319] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Pietruska, J.—Violation of Probation). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL JACKSON, Appellant. [767 NYS2d 317] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Attempted Robbery, 2nd Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD LACK, Appellant. (Appeal No. 1.) [767 NYS2d 318] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Martusewicz, J.—Resentence). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD LACK, Appellant. (Appeal No. 2.) [767 NYS2d 321] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Cleary, J.—Criminal Contempt, 1st Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE LUCIOUS, Appellant. [767 NYS2d 321] —Judgments unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgments of Supreme Court, Monroe County, Mark, J.—Assault, 1st Degree, Robbery, 3rd Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.